UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re: )
    LINDA T ROBERTS ) Case No: 11-00444-ABB
) Chapter 7
)
    Debtor(s) )

REPORT AND NOTICE OF TRUSTEE'S
INTENTION TO ABANDON PROPERTY OF THE ESTATE

TO:     All Interested Parties

FROM:     ARVIND MAHENDRU, Trustee

Pursuant to 11 U.S.C. §554, and F.R.B.P. 6007, notice is hereby given of the abandonment of all right, title and interest in the property described below:

Described in the petition as 629 Dory Lane Unit 205, Altamonte Springs FL 32714; 305 Wymore Rd #211, Altamonte Springs, FL 32714 (the Property)

---

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty one (21) days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 135 W. Central Blvd., Suite 950, Orlando, Florida 32801 and serve a copy on ARVIND MAHENDRU, Trustee, 5703 Red Bug Lake Rd. #284, Winter Springs Florida 32708, .

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice and hearing, and may grant the relief requested.

The Property is being abandoned for the following reasons:

1 The Trustee has determined the cost of sale and removal of The Property is equal to or greater than its value and the Property is of nominal value to the estate.

2. Further administration of the Property is burdensome to the estate.

Dated: October 12, 2011.

      /s/ ARVIND MAHENDRU
      ARVIND MAHENDRU, Trustee
      5703 Red Bug Lake Rd. #284
      Winter Springs Florida 32708
      Phone: (407) 504-2462
      Facsimile

I HEREBY CERTIFY that a true copy of the foregoing was furnished either electronically or by First-Class United States Mail, postage prepaid, this 12th day of October, 2011 to all persons on the current mailing matrix attached to the original of this document.

      /s/ ARVIND MAHENDRU
      ARVIND MAHENDRU, Trustee